ARTHUR K. TRASK *v.* WILLIAM K. KAM, EXECUTOR OF THE LAST WILL AND TESTAMENT OF TAM SEE, DECEASED (SUBSTITUTED PARTY FOR TAM SEE, DECEASED) AND JAMES K. MURAKAMI, AUDITOR OF THE CITY AND COUNTY OF HONOLULU.

No. 4058.

January 8, 1960.

TSUKIYAMA, C. J., MARUMOTO, CASSIDY, WIRTZ AND LEWIS, JJ.

*Per Curiam.* The petition for rehearing filed herein by William K. Kam, executor of the last will and testament of Tam See, deceased, defendant-appellant, is denied without argument.

*William K. Kam,* Executor of the Last Will and Testament of Tam See, Deceased (substituted party for Tam See, Deceased), defendant-appellant, *pro se,* for the petition.